IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL GARFIO DE LA ROSA,

    Plaintiff,

v.                                                                                  No. 2:24-cv-1166-DLM-KRS

MULHOLLAND ENERGY SERVICES, LLC;
and GARFIELD BOWEN,

    Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on March 12, 2025. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan, with modifications, as reflected in the dates below:

Accordingly, **IT IS HEREBY ORDERED** that the parties shall adhere to the following discovery plan:

    (a)    Maximum of twenty-five (25) interrogatories by side each party to any other party, with responses due thirty (30) days after service.

    (b)    Maximum of twenty-five (25) requests for admission by each party to any other party, with responses due thirty (30) days after service.

    (c)    Maximum of twenty-five (25) requests for production of documents by each party, to any other party, with responses due thirty (30) days after service.

    (d)    Maximum of fifteen (15) fact depositions by each side, limited to six (6) hours unless extended by agreement of the parties. No limits on the number or length for expert depositions.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Deadline for Plaintiff to move to amend pleadings or join additional parties: **June 18, 2025**;

(b) Deadline for Defendants to move to amend pleadings or join additional parties: **July 18, 2025**.

(c) Termination of fact discovery: **October 15, 2025.**

(d) Motions Related to Fact Discovery: **October 31, 2025.**

(e) Deadline for Plaintiff's expert reports: **November 7, 2025**.[1]

(f) Deadline for Defendants' expert reports: **December 8, 2025**.

(g) Termination of Expert Discovery: **January 30, 2026**.

(h) Motions Related to Expert Discovery: **February 20, 2026.**

(i) Deadline for supplementing discovery/disclosures: **Due within thirty (30) days of receipt of information giving rise to the need for supplementation.**

(j) All other motions:[2] **March 13, 2026**.

(k) Pretrial order:  **To be set by the presiding judge**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition made

---

[1] The parties must have their experts ready to be deposed at the time they identify them and produce their reports.

[2] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order. Counsel should review and comply with the chambers-specific guidelines for the presiding and referral judges assigned to this case, which are available at *https://www.nmd.uscourts.gov/judges*. Each judge may have practices and submission procedures that counsel are expected to follow.

during the deposition in question. Requests by a party to change the timing or scope of discovery, other than a mutual agreement to extend a deposition reached during the deposition, must be made by motion and before the termination of discovery or the expiration of any applicable deadline. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date which ensures that the response to that request is due on or before the discovery deadline. The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the twenty-one (21) day time-period under Local Rule 26.6 to challenge a party's objections to answering discovery. The parties are encouraged to review Federal Rule of Civil Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

**SO ORDERED THIS 13th day of March 2025.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE